secuencia se desestima el recurso de apelación establecido en este caso contra resolución dictada por la Corte de Distrito de San Juan en julio 19, 1937.

Núm. 7690.—ECHEVARRÍA & Co., aplada. *v.* SANCHO BONET, TES., aplte.—C. D. San Juan. ▆▆▆▆▆▆▆▆▆▆▆▆▆ Abril 22, 1938.

Núm. 7691.—MÁRQUÉZ & CÍA., aplda. *v.* SANCHO BONET, TES., aplte.—C. D. San Juan. ▆▆▆▆▆▆▆▆▆▆▆▆ Abril 22, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

A la moción de la parte apelada de abril 18 actual notificada en la misma fecha a la parte apelante, acompañada de documentación demostrativa de haberse declarado sin lugar por la Corte Suprema de los Estados Unidos el *certiorari* que invocó el apelante para oponerse a la desestimación del recurso solicitada por la dicha apelada por moción de enero 26 último, vista en febrero 17 siguiente y declarada sin lugar ''por ahora'':

Habiendo desaparecido el único motivo de oposición que existía ya que el caso debe regularse por el de *Valiente & Cía.* v. *Tesorero de Puerto Rico,* 50 D.P.R. 586, que queda en pie, debe desestimarse y se desestima el recurso, sin que haya lugar a imponer al apelante el pago de las costas y honorarios de abogado ante este Tribunal que solicita en su dicha moción de 26 de enero la apelada.

Núm. 7713.—DE JESÚS, aplte. *v.* RÍOS, apldo.—C. D. San Juan. ▆▆▆▆▆▆▆▆▆▆▆▆ Abril 29, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR CUANTO, según certifica el secretario de la corte de donde procede este pleito, la última prórroga que obtuvo el demandante apelante para perfeccionar su apelación expiró en 25 de noviembre de 1936 y desde entonces no ha practicado ninguna otra diligencia en relación con el recurso, ni solicitado nueva prórroga;

POR CUANTO, en 5 de diciembre de 1936 el apelante y el apelado transigieron por escritura pública sus mutuas reclamaciones en relación con este pleito, obligándose el demandante apelante, entre otras prestaciones, a desistir del presente recurso y a radicar seguidamente el correspondiente escrito;

POR CUANTO, el demandado apelado nos pide ahora que desestimemos el recurso de apelación pendiente;